# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 6, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142936 (43)

GALE BOERTMANN,
         Plaintiff-Appellee,

v

CINCINNATI INSURANCE COMPANY,
         Defendant-Appellant.

_____

SC: 142936
COA: 293835
Macomb CC: 2008-003332-NF

      On order of the Chief Justice, the motion by defendant-appellant for extension of the time for filing its brief and appendix is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 6, 2012

_____
Clerk